UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE KING, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| vs. | )   Case No. 3:25-cv-621-DWD |
| | ) |
| USA, | ) |
| | ) |
|       Respondent | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On April 16, 2025, Petitioner's case was opened without payment of the $5.00 filing fee or a motion to proceed without prepayment of the filing fee ("IFP Motion"). (Doc. 1). That same day, the Court ordered Petitioner to pay the filing or submit an IFP Motion within 30 days. (Doc. 3). Petitioner was warned that failure to timely comply would result in dismissal of the case for failure to prosecute. Petitioner did not respond to the Court's order.

On May 29, 2025, a Notice of Impending Dismissal was entered. (Doc. 5). Petitioner was directed to pay the requisite filing fee or submit an IFP Motion on or before June 16, 2025. Once again, Petitioner was warned that failure to comply would result in this case being dismissed without prejudice for failure to prosecute. To date, Petitioner has not

paid the $5.00 filing fee or submitted an IFP Motion.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Petitioner has failed to respond to two court orders. (Docs. 3 and 5). Accordingly, the Petition is **DISMISSED** without prejudice pursuant to Rule 41(b). *See* FED. R. CIV. PROC. 41(b).

Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED**.

**DATED: August 6, 2025**

*s/David W. Dugan*
**DAVID W. DUGAN**
**United States District Judge**